COA #  08-13-00139-CR          OFFENSE:  22.02

STYLE: Daren Marcus Bell v. The State of Texas          COUNTY:  Tarrant

COA DISPOSITION:  AFFIRM          TRIAL COURT:  Criminal District Court No. 2

Publish: NO

DATE: 1/30/15          TC CASE #:  1304432R

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: Daren Marcus Bell v. The State of Texas          CCA #:  **279-15**

_PRO SE_ ____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_REFUSED_          JUDGE: _____

DATE: _06/03/2015_          SIGNED: _____   PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____   DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS:  _____

JUDGE:  _____